UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANT Q. DANIEL, | No. 2:23-cv-0384 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel on this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed December 5, 2024, this case was referred to the court's Post-Screening Alternative Dispute Resolution ("ADR") Project and stayed for a period of 120 days.  ECF No. 16.  That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources.  Id. at 2.  Defendants now request to opt out of the Post-Screening ADR Project and that the stay be lifted.  ECF No. 17.  Having reviewed the request, the court finds good cause to grant it.

IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 17, is GRANTED.

////

1

2. The ADR stay of this action, commencing December 5, 2024, ECF No. 16, is LIFTED.

3. Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: January 17, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE