1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BRANT DANIEL,** | 2:23-cv-00384 AC |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER** |
| **v.** | |
| **LYNCH, et al.,** | |
| Defendants. | |

    On August 29, 2025, Defendants filed a Ex Parte Motion to Amend the Scheduling Order

seeking to extend the dispositive motion deadline by 30-days from September 5, 2025, to October

5, 2025. (*See* Dkt. No. 22.) Defendants contend good cause exists to grant the extension because

they need additional time to prepare a motion for summary judgment. Specifically, Defendants

need additional time to review a confidential memorandum that was recently located and confer

with the California Department of Corrections and Rehabilitation about using it to support their

motion.

/ / /

/ / /

1

Good cause appearing, the Court **GRANTS** Defendants' Ex Parte Motion to Amend the Scheduling Order and extends the deadline to file dispositive motions to October 5, 2025.

**IT IS SO ORDERED**.

Dated:  September 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2