UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANT Q. DANIEL, | No. 2:23-cv-0384 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983 without an attorney. Plaintiff has filed a motion for pretrial transfer on grounds that he has no access to a law library in his current placement. ECF No. 28 at 1-2. Plaintiff attaches evidence of his requests to access the law library and responses indicating there is no law library or no law library during lockdown, and that the computer is not working and has been broken for six months. Id. at 3-5. Plaintiff also complains that his mail is delayed by sixty days. Id. at 2. Because the deadline to file dispositive motions is approaching, the court will require defendants' counsel to respond to plaintiff's allegations.

IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants' counsel will be required to respond to plaintiff's allegations regarding his lack of

////

////

1

1  access to legal resources and the two-month delay for receiving mail in his current placement.

2  DATED: September 22, 2025

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2